## Logan v. Williams.

(Decided November 4, 1914.)

Appeal from Whitley Circuit Court.

Modification of Opinion.—The opinion in this case (159 Ky., 412),
is modified to the extent of withdrawing that part which held
that plaintiff might have shown title by proving that his tenants
actually entered on tracts adjoining the tract in question and em-
braced in the same deeds, with the intention of claiming the tract
in controversy, and that they did so claim and hold for the statu-
tory period, this language not being necessary to a decision of
the case.

STEPHENS & STEELY for appellant.

H. C. GILLIS for appellee.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY,
COMMISSIONER—Sustaining petition for modification and
withdrawing portion of former opinion.

In our former opinion we used the following lan-
quage:

"As several tracts of land were conveyed and sepa-
rately described in the deeds under which plaintiff
claimed, he might have shown title by proving that his
tenants actually entered on tracts adjoining the tract in
question and embraced in the deeds under which he
claims, with the intention of claiming and holding the
tract in controversy, and that they did so claim and hold
it for the statutory period."

Appellant has filed a petition for modification, ask-
ing that the foregoing language be withdrawn from the
opinion. In view of the fact that the language used is
not necessary to the decision of the case, and of the fur-
ther fact that it may lead to confusion unless qualified or

explained, we deem it best to sustain the petition for modification and withdraw the paragraph referred to, and it is so ordered.